UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD IDEN, | ) | 3:21-cv-00389-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | November 23, 2021 |
| HERNANDEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KAREN WALKER</u>   REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):   <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Plaintiff's "Request for Confirmation" (ECF No. 21). Plaintiff states he "sent an electronic filing on the above case entitled under seal supplement to motion for preliminary injunction" and "requests verification that the court did in fact receive it." (*Id.*)

     **IT IS HEREBY ORDERED** that Plaintiff's "Request for Confirmation" (ECF No. 21) is **GRANTED**. Plaintiff is advised that on November 16, 2021, the court received Plaintiff's "Under Seal Supplement to Motion for Preliminary Injunction" (ECF No. 20).

                                                              DEBRA K. KEMPI, CLERK

                                                     By:   <u>    /s/                   </u>
                                                                   Deputy Clerk