AARON D. FORD
  Attorney General
DAWN R. JENSEN (Bar No. 10933)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3195 (phone)
(702) 486-3773 (fax)
Email: drjensen@ag.nv.gov

*Attorneys for Defendant*
*William Gittere, David Drummond,*
*and Patricia Hernandez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD IDEN,<br><br>        Plaintiff,<br><br>v.<br><br>HERNANDEZ, *et al.*,<br><br>        Defendants. | Case No. 3:21-cv-00389-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed to under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, by and between Plaintiff Richard Iden, *pro se*, and Defendants, William Gittere, David Drummond, and Patricia Hernandez, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dawn R. Jensen, Deputy Attorney General, that the above-caption matter has been resolved.

///
///
///
///
///
///
///
///

The Parties request that the above-captioned matter be dismissed with prejudice, each party will bear their own attorneys' fees and costs, and that the Court may accordingly close the case.

DATED: FEBRUARY 4, 2021

By: _____
RICHARD IDEN
Plaintiff Pro Se

DATED: February 4, 2022

By: _____
DAWN R. JENSEN (Bar No. 10933)
Deputy Attorney General
Attorney for Defendants

**ORDER**

IT IS SO ORDERED. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 7, 2022